UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

AHSAN ILAHI,

    Defendant.

Case No. CR06-70-RSM

DETENTION ORDER

<u>Offense charged</u>:

    Count 1:    Smuggle and Transport Illegal Aliens, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(l) and 1324(a)(1)(A)(ii) and 1324(a)(2)(B)(ii)

<u>Date of Detention Hearing</u>:    August 31, 2009.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is a citizen of Canada.

    (2)    Defendant has extensive ties to Pakistan, including family, and is also a citizen there.

    (3)    Defendant has an extensive background in the use of fraudulent passports.

    (4)    Defendant, when arrested, fought extradition.

    (5)    There are no conditions or combination of conditions other than detention that

will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31st day of August, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge